HORACE WHITAKER agt. THE BUFFALO COTTON MANUFAC-
TURING COMPANY.

In a summons commencing a suit against a corporation, it is unnecessary under
the statute to insert in it the *si te fecerit securum* clause.

*February Term*, 1846.

MOTION by defendants to set aside summons and all subsequent proceedings.

The defendants were served with a summons commencing
the suit in this cause, on the 31st December last. They had
not appeared in the cause. Defendants moved to set aside the
summons, on the ground that it did not contain a *si te fecerit
securum* clause.

N. K. HALL, *defendant's counsel.*
N. K. HOPKINS, *defendant's attorney.*
D. WRIGHT, *plaintiff's counsel.*
S. S. VIELE, *plaintiff's attorney.*

BRONSON, Chief Justice. Held, it was unnecessary to insert that clause under the statute. Motion denied with $7
costs.